position of that pleading was for delay. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

NEW YORK AND RICHMOND GAS COMPANY, Respondent, v. LEWIS NIXON, as and Constituting the PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK FOR THE FIRST DISTRICT, and Others, Defendants. THE CITY OF NEW YORK, Appellant.— We will hear this appeal, and if necessary without printing, and the stay is granted, on condition that the appellant be ready for argument and argue the appeal upon Friday April 23, 1920. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

HARRIET E. ARCHER, Respondent, v. SIMEON D. WALTON, Appellant, and Others, Defendants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

ROBERT STERLING CLARK, Respondent, v. JOB E. HEDGES and FRANCIS A. WINSLOW, as Receivers, etc., and Others, Appellants, and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

GERTRUDE DUHNIN, Respondent, v. FREDERICK HERBST, Individually and as Temporary Administrator, etc.— Motion to confirm referee's report granted; substitution ordered in accordance therewith. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ. Settle order on notice before the presiding justice.

ANNIE M. GERAGHTY, Respondent, v. RYE BEACH CLUB and RYE CONSTRUCTION COMPANY, INC., Appellants.— Motion to open default granted, without costs, on condition that appellants perfect the appeal, place the case on the May calendar and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

HANSON PLACE METHODIST EPISCOPAL CHURCH, Respondent, v. CRANFORD COMPANY, Appellant, and Another, Defendant.— Motion granted on condition that the appeal be brought on for argument on the first Monday of the May term. Present — Jenks, P. J., Mills, Rich, Putnam and and Blackmar, JJ.

JOSEPH JOHNSON and GEORGE W. JOHNSON, Copartners, etc., Respondents, v. THE CITY OF NEW YORK, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JAMES MACARTHUR, Appellant, v. FREDERICK E. TIVES and SUSAN M. TIVES, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

GIOVANNINA DE NICOLA, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ANNIE M. GERAGHTY, Respondent, v. RYE BEACH CLUB and Another, Appellants.— Judgment affirmed by default, with costs. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concur.